Civil Action No. 1:23-cv-00833-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JB TECHNOLOGIES, LLC
was received by me on *(date)* 07/17/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michael S. Bruton, who is designated by law to accept service of process on behalf of *(name of organization)* JB TECHNOLOGIES, LLC at 228 Columbia Cove, Dallas, Georgia 30132 on *(date)* 07/19/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/31/2023

*Server's signature*

Randal L. George, Process Server
*Printed name and title*

4164 Indian Trace, SW
Lilburn, GA 30047
*Server's address*

Additional information regarding attempted service, etc:
Served: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES and CIVIL COVER SHEET