IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Grant Hudgens, et al.,

          Plaintiffs,

v.                                  Case No. 1:23-cv-3077-MLB

JB Technologies, LLC, et al.,

          Defendants.
_____/

## ORDER

Counsel for Defendants filed a Motion to Withdraw as Counsel of Record. (Dkt. 15.) The motion does not comply with the Local Rules of Civil Procedure. Counsel says he provided Defendants notice of his intent to withdraw on August 25, 2023, but the motion only includes a notice to Defendants JB Technologies, LLC and Michael S. Bruton. (Dkt. 15-2.) The Local Rules require that a motion to withdraw as counsel "must be served on the client personally or at the client's last known address." LR 83.1E(2)(b), NDGa. Counsel must serve the notice on Defendant Thomas Bruton personally or at Mr. Bruton's last known address. (*Id.*)

Accordingly, the Court **DENIES** defense counsel's Motion to Withdraw as Counsel (Dkt. 15). The Court **DIRECTS** counsel for Defendants, within fourteen (14) days from the entry of this Order, to file a motion to withdraw that complies with the Local Rules of Civil Procedure.

**SO ORDERED** this 2nd day of October, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE