IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRANT HUDGENS, JACOB
COOPER, WALTER OWEN, on their             Case No. 1:23-cv-03077-MLB
own behalf and on behalf of those
similarly situated,

    Plaintiffs,

v.

JB TECHNOLOGIES, LLC, MICHAEL
S. BRUTON, Individually, and
THOMAS BRUTON, Individually

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify on this day I served a true and correct copy of *Spire Law Firm's and Ian Smith's Response to the Court's Order [Doc. 16]*, including a copy of the attached exhibit, [Docs. 17 and 17-1.], using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record, and a notice via U.S. mail and/or electronic mail to the following:

Mr. Thomas Bruton                     Mr. Michael Bruton
4411 Fallowfield Lane                 JB Technologies, LLC
Lilburn, GA 30047                     228 Columbia CV
                                      Dallas, GA 30132
                                      mbruton@jbtecknologies.com

www.spirelawfirm.com
Employment Attorneys

Respectfully submitted this 17th day of October 2023,

Spire Law, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765


By: /s/ *Ian E. Smith*
Ian E. Smith, Esq,
Georgia Bar No. 661492
ian@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com
**Attorneys for Defendants**