IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Grant Hudgens, et al.,

          Plaintiffs,

v.                                                              Case No. 1:23-cv-3077-MLB

JB Technologies, LLC, et al.,

          Defendants.
_____/

## ORDER

Counsel for Defendants filed an Amended Motion to Withdraw as Counsel of Record. (Dkt. 19.) No other party filed a response to the motion and it is deemed unopposed. LR 7.1B, NDGa. Accordingly, the Court **GRANTS** the motion (Dkt. 19) and **DIRECTS** the Clerk to terminate attorneys Ian Smith and Whitney DuPree as counsel of record for Defendants.

The Court **DIRECTS** Defendants Michael S. Bruton and Thomas Bruton, on or before December 18, 2023, to either (1) file a notice with the Clerk stating that they intend to proceed pro se in this matter and include their mailing addresses and telephone numbers, or (2) have counsel file a notice of appearance with the Clerk.

The Court **NOTIFIES** Defendant JB Technologies, LLC that a corporation cannot appear pro se and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). "This rule applies even when the person seeking to represent the corporation is its president . . . ." *CNH Capital Am., LLC v. Se. Aggregate, Inc.*, No. CV608-027, 2009 WL 1468999, at *1 (S.D. Ga. May 26, 2009) (quoting *F.T.C. v. Gem Merch. Corp.*, No. 95-8364, 1995 WL 623168, at *1 (11th Cir. 1995)); *see also* LR 83.1E(2)(b)(I), NDGa.

The Court **ORDERS** Defendant JB Technologies, LLC to have counsel file a notice of appearance with the Clerk no later than December 18, 2023. Failure to comply with this order may result in sanctions against Defendant JB Technologies, LLC, including an entry of default.

The Court **DIRECTS** the Clerk to update the docket with the following addresses and mail a copy of this order to Defendants:

Michael Bruton
JB Technologies, LLC
228 Columbia CV
Dallas, Georgia 30132

Thomas Bruton
4411 Fallowfield Lane
Lilburn, Georgia 30047

The Court **DIRECTS** the Clerk to submit this matter after December 18, 2023, if an attorney does not file a notice of appearance on behalf of Defendant JB Technologies, LLC.

**SO ORDERED** this 17th day of November, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE